UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY PUNCH | CIVIL ACTION |
| VS. | NO. |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | SECTION |

## COMPLAINT

Now into Court, through undersigned counsel, Comes Anthony Punch, who alleges and shows as follows:

1.

Plaintiff Anthony Punch is of the full age of majority and a resident of Harvey, Louisiana.

2.

Made Defendant, Life Insurance Company of North America (LICNA) is a foreign insurance company authorized to do and doing business within this Court's venue and jurisdiction.

3.

This Court has jurisdiction over this case pursuant to the Employee Retirement and Income Security Program (ERISA), particularly under 29 U.S.C. Section 1132(a)(1)(B) and (e)(1).

4.

Venue is proper in this Court pursuant to 29 U.S.C. Section 1132(e)(2).

5.

At all relevant times, plaintiff was employed full time at Jefferson Parish School Board.

6.

Defendant is a plan sponsor as defined by 29 U.S.C. section 1002, et seq, policy number VDT-0960104, which provides short and long-term disability benefits and is subject to the provisions of ERISA.

7.

Plaintiff, Anthony Punch sustained a disabling injury or about June 21, 2016, which caused him to cease working.  Plaintiff has not worked since June 21, 2016 which left his disabled as Plan policy defines as follows:

> An employee is Disabled if, because of Injury or Sickness, he or is unable to perform all the material duties of his or her regular occupation, or solely due to Injury or Sickness, is unable to earn more than 80 percent of his Indexed Covered Earnings.

8.

Because of plaintiff Punch's disabling injury, Punch stopped working on or about June 21, 2016 and since that time plaintiff was and has remained unable to perform all of the material duties of his regular occupation.

9.

Defendant has refused to pay the benefits sought by plaintiff, Anthony Punch through defendant's administrative review and appeal process and plaintiff Anthony Punch has exhausted the Plan's administrative remedies when defendant upheld its' prior decision to deny benefits, which final denial was set forth in a letter dated April 28, 2017.  Plaintiff Anthony Punch is therefore entitled to file and pursue this claim for benefits in this Court.

10.

Defendant LICNA's denial of Plan benefits is not based upon the medical evidence, is wrong, not reasonable, not based on substantial evidence, an abuse of discretion, arbitrary and capricious, and or made in bad faith.

11.

Defendant LICNA's denial of benefits under the Plan appears to be based, at least in part, on an erroneous interpretation and application of the Plan's definition of disability to the material facts contained in the record.

12.

Plaintiff Anthony Punch is further entitled to an order or Judgment clarifying and or ordering defendant to pay him benefits under the terms of the Plan pursuant to 29 U.S.C. Section 1132(1)(B).

13.

Plaintiff Anthony Punch is further entitled to an order enjoining defendant from improperly refusing to pay benefits in the future.

14.

Plaintiff is entitled to the benefits as set forth in his complaint because:
a. The benefits are permitted under the plan,
b. plaintiff has satisfied all conditions to eligible to receive the benefits, and
c. plaintiff has not waived or otherwise relinquished his entitlement to the benefits

15.

Pursuant to 29 U.S.C. Section 1132(g)(1), plaintiff is entitled to an award of reasonable attorneys' fees and costs of this action. Plaintiff has been required to obtain

the undersigned attorneys to represent him in this matter and has agreed to a reasonable attorney fee as compensation to them for their professional services.

16.

Plaintiff reserves the right to amend and or supplement this complaint as the law or facts may warrant.

WHEREFORE, plaintiff Anthony Punch prays that after due proceedings are held that this Court enter judgment in his favor, and against defendants Life Insurance Company of North America finding that he is entitled to receive long-term disability benefits from the date he became disabled on or about June 21, 2016; an order declaring that plaintiff Anthony Punch remains disabled under the terms and definitions of the Plan and that plaintiff is entitled to payment of long term disability benefits into the future, as the Court may direct; an order enjoining defendant from improperly refusing to pay benefits in the future; an order awarding attorneys fees, costs and interest; and further, plaintiff Anthony Punch prays that this Court grant to him any other such relief that this Court may grant in law or in equity.

Respectfully submitted,

s/Ralph Bickham

_____
Ralph Bickham LSBA#30222
The Bickham Law Practice LLC
1515 Poydras Street Suite 1445
New Orleans, LA 70112
504-584-5730

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY PUNCH | CIVIL ACTION |
| VS. | NO. |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | SECTION |

## **CERTIFICATE SERVICE**

I certify that I mailed the foregoing to the following defendant-an attorney is unknown at this time.

Life Insurance Company of North America

THROUGH ITS' REGISTERED AGENT
LOUISIANA SECRETARY OF STATE
8585 Archives Avenue
Baton Rouge, LA 70804

By placing a copy of the foregoing in the United States Mail properly addressed and postage prepaid on September 12, 2017.

s/Ralph Bickham

_____

Ralph Bickham