UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY PUNCH | * | CIVIL ACTION NO. 17-8932 |
| | * | |
| VERSUS | * | JUDGE ELDON E. FALLON |
| | * | |
| LIFE INSURANCE COMPANY OF | * | MAGISTRATE JUDGE KAREN |
| NORTH AMERICA | * | WELLS ROBY |

* * * * * * * * * * * * *

**O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this  8th  day of      February     , 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**